116598-7

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60705-AHS

TURNKEY ASSET MANAGEMENT &
MAINTENANCE, INC.,

    Plaintiff,

v.

SAFEGUARD PROPERTIES MANAGEMENT,
LLC,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant, SAFEGUARD PROPERTIES MANAGEMENT, LLC, by and through its undersigned attorneys files this Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

### CERTIFICATE OF INTERESTED PERSONS

1. Jordan S. Cohen, Esq.
2. Ethan A. Arthur, Esq.
3. Garrett Moon, Esq.
4. Wicker, Smith, O'Hara, McCoy & Ford, P.A.
5. Safeguard Properties Management, LLC
6. Safeguard Holdings, LLC
7. KJH Holdings, LLC
8. ADN Holdings, LLC

CASE NO. 0:24-cv-60705-AHS

9. Michael J. Reppas, Esq

10. The Law Office of Michael J. Reppas, P.A

11. Turnkey Asset Management & Maintenance, Inc.

## CORPORATE DISCLOSURE STATEMENT

Defendant, Safeguard Properties Management, LLC, discloses that there is no publicly held corporation that owns ten percent (10%) or more of its membership interests and there are no public membership interests of Safeguard Properties Management, LLC. Defendant, Safeguard Properties Management, LLC is a privately held company.

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  5/7/2024

        Respectfully submitted,

        **/s/ Jordan S. Cohen**
        Jordan S. Cohen, Esquire (551872)
        WICKER SMITH O'HARA
         McCOY & FORD, P.A.
        515 E. Las Olas Boulevard, Suite 1400
        Fort Lauderdale, FL 33301
        Telephone: (954) 847-4800
        Facsimile: (954) 760-9353
        Attorneys for Safeguard Properties Management, LLC

- 3 -

CASE NO. 0:24-cv-60705-AHS

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 7, 2024, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

      */s/ Jordan S. Cohen*
      Jordan S. Cohen, Esquire

## SERVICE LIST

Michael J. Reppas, Esq
The Law Office of Michael J. Reppas, P.A
Via Email: reppas@reppaslaw.com
1398 SW 160th Ave Ste 102
Weston, FL 33326-1988
Telephone:     (305) 822-8422
Facsimile:
reppas@reppaslaw.com